**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR JARAMILLO MORENO,<br>Plaintiff,<br><br>v.<br><br>RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, *et al.*<br><br>Defendants. | Case No. CV 26-7396-DMG (RAOx)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS [17]** |

The Court, having considered the Parties' Joint Stipulation to Continue Hearing on Defendants' Motion to Dismiss [Doc. # 17] and the Declaration of Joshua L. Goldstein filed in support thereof, and good cause appearing, hereby **APPROVES** the Stipulation. The Court **ORDERS** as follows:

1. The hearing on Defendants' Motion to Dismiss [Doc. # 16] is **CONTINUED** from December 4, 2026, to **December 11, 2026**, at **9:30 a.m.**, in Courtroom 8C.
2. Plaintiff's opposition to the Motion to Dismiss shall be filed on or before **November 20, 2026**.
3. Defendants' reply, if any, shall be filed on or before **November 27, 2026**.

DATED: October 21, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge